IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

IN THE MATTER OF:
O.D., A MINOR                                                                    PLAINTIFF

V.                                                              CAUSE NO.: 3:11CV146-SA-SAA

THE ASHLEY HEALTHCARE PLAN                                         DEFENDANT

ORDER REMANDING CASE

Pursuant to a Memorandum Opinion issued this day, Plaintiff's Motion to Remand [7] is

GRANTED. The Court hereby directs the Clerk to REMAND this case to the Chancery Court of

Pontotoc County.

SO ORDERED, this the 27th day of September, 2013.

/s/ Sharion Aycock_____
**U.S. DISTRICT JUDGE**